UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY DAWSON, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 07-0696 (PLF) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**ORDER**

FILED
NOV 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is hereby

ORDERED that Respondent, by counsel, within 20 days of service of a copy of this Order and the petition herein, shall file with the Court and serve on Petitioner a statement showing why the Writ of Mandamus should not issue. It is

FURTHER ORDERED that the Clerk of Court furnish a copy of the petition and a certified copy of this Order to the United States Marshal for the purpose of making service on Attorney General of the United States, and the United States Attorney for the District of Columbia.

SO ORDERED.

/s/ Paul L. Friedman
United States District Judge

Date: 10/2/07