UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHNNY DAWSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0696 (PLF) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Christopher B. Harwood as counsel of record for Defendant in the above-captioned

case.

_____/s/_____

CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372
Christopher.Harwood@usdoj.gov

## CERTIFICATE OF SERVICE

**I  HEREBY CERTIFY** that on this 21st day of December, 2007, a true and correct copy

of the foregoing was served via first class prepaid postage as follows:

**JOHNNY DAWSON**
#10826-007
P.O. Box 12015
Terre Haute, IN 47801


                                        _____/s/_____
                                        CHRISTOPHER B. HARWOOD
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Civil Division
                                        555 4th Street, N.W.,
                                        Washington, D.C. 20530
                                        (202) 307-0372