UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY DAWSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | Civil Action No. 07-0696 (PLF) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE
COURT'S NOVEMBER 2, 2007 ORDER**

Defendant hereby moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time to respond to the Court's November 2, 2007 Order, up to and including January 18, 2008. Because Plaintiff is incarcerated and pro se, it is impracticable for the undersigned counsel to confer with him about this Motion. The grounds for this request are as follows:

1. On November 2, 2007, this Court issued an Order requiring that "Respondent, by counsel, within 20 days of service of a copy of this Order and the petition herein, shall file with the Court and serve on Petitioner a statement showing why the Writ of Mandamus [Petitioner has requested] should not issue."

2. The United States Attorney's Office for the District of Columbia was first served with the Petition in this action on December 10, 2007, and the undersigned counsel did not learn of this action, or the Court's November 2, 2007 Order, until today, December 21, 2007.

3. The undersigned counsel recognizes the seriousness of the allegations in Petitioner's Petition and has already attempted to gather facts relating to Petitioner and the allegations in his Petition. However, the undersigned counsel has not yet been able to connect with the person or

persons at the Federal Bureau of Prisons (the "FBP") with knowledge of the facts relevant to this action.  Moreover, the undersigned counsel anticipates having difficulty obtaining the relevant facts until after the first of the new year.

    4.  This extension is sought in good faith and not for purposes of delay.  If the undersigned counsel is able to obtain the information he needs to respond to the Court's November 2, 2007 Order prior to January 18, 2007, he will certainly do so.

    Accordingly, Defendant respectfully requests that this Motion for an Enlargement of Time be granted.  A proposed order is attached hereto.

    Respectfully submitted,

    /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

    /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 21st day of December, 2007, a true and correct copy of the foregoing Motion and the proposed order were served via first class prepaid postage as follows:

**JOHNNY DAWSON**
#10826-007
P.O. Box 12015
Terre Haute, IN 47801

                                                          /s/
                                      CHRISTOPHER B. HARWOOD
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Civil Division
                                      555 4th Street, N.W.,
                                      Washington, D.C. 20530
                                      (202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHNNY DAWSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0696 (PLF) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COURT'S NOVEMBER 2, 2007 ORDER**

Upon consideration of Defendant's Motion for Enlargement of Time, it is this ____ day of December, 2007,

ORDERED that Defendant's Motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall file its response to the Court's November 2, 2007 Order on or before January 18, 2008.

SO ORDERED.

_____
United States District Judge