UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY DAWSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action 07-0696 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### NOTICE RESPONDING TO THIS COURT'S FEBRUARY 19, 2008 MINUTE ORDER

In its January 18, 2008 response to this Court's November 2, 2007 Order to Show Cause, Respondent informed this Court that Petitioner was scheduled to be released from the custody of the Bureau of Prisons on February 8, 2008. (See Docket No. 10 at 2, 3.) On February 19, 2008, this Court entered a Minute Order requiring Respondent to "file a notice informing this Court as to whether petitioner Johnny Dawson has been released from the custody of the Bureau of Prisons." The undersigned counsel has been informed by the Bureau of Prisons that Petitioner was released on parole on February 8, 2008. That fact is confirmed by the attached "INMATE DATA" record. (See Ex. A at 1.) Thus, Petitioner's petition for a writ of mandamus (see Docket No. 1) should be denied as moot, and this action should be dismissed.[1]

Dated: February 29, 2008         Respectfully submitted,


                                 /s/
                                 JEFFREY A. TAYLOR, D.C. BAR # 498610
                                 United States Attorney

---

[1] The petition should also be denied, and this action dismissed, for the reasons set forth in Respondent's January 18, 2008 filing. (See Docket No. 10.)

       /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

       /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

**Of Counsel:**

Marli Kerrigan
Bureau of Prisons
Washington, D.C.

```
    BOPOI            *         PUBLIC INFORMATION           *    02-20-2008
    PAGE 001         *            INMATE DATA               *    05:48:18
                              AS OF 02-20-2008

 REGNO..: 10826-007 NAME: DAWSON, JOHNNY F

                    RESP OF: THP / PAROLE FROM PAR COM OR CT
                    PHONE..: 812-244-4400    FAX: 812-244-4791
                                             RACE/SEX...: BLACK / MALE
                                             AGE: 60
 ACTUAL RELEASE METH.: PAROLE
 ACTUAL RELEASE DATE.: 02-08-2008
 --------------------------- ADMIT/RELEASE HISTORY ---------------------------
    FCL    ASSIGNMENT DESCRIPTION            START DATE/TIME STOP  DATE/TIME
    THP    PAROLE     PAROLE FROM PAR COM OR CT  02-08-2008 1100 CURRENT
    THP    A-DES      DESIGNATED, AT ASSIGNED FACIL 12-01-2006 1119 02-08-2008 1100
    THP    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 12-01-2006 0813 12-01-2006 1119
    THP    A-DES      DESIGNATED, AT ASSIGNED FACIL 10-13-2006 1230 12-01-2006 0813
    A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-13-2006 1230 10-13-2006 1230
    A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-13-2006 0900 10-13-2006 1230
    OKL    HLD REMOVE HOLDOVER REMOVED           10-13-2006 0800 10-13-2006 0800
    OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 10-04-2006 1632 10-13-2006 0800
    A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-04-2006 1732 10-04-2006 1732
    A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-04-2006 0807 10-04-2006 1732
    ATL    HLD REMOVE HOLDOVER REMOVED           10-04-2006 0807 10-04-2006 0807
    ATL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 09-21-2006 1913 10-04-2006 0807
    B02    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-21-2006 1913 09-21-2006 1913
    B02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-21-2006 0952 09-21-2006 1913
    BSY    TRANSFER   TRANSFER                    09-21-2006 0952 09-21-2006 0952
    BSY    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-15-2006 1514 09-21-2006 0952
    3-M    RELEASE    RELEASED FROM IN-TRANSIT FACL 08-15-2006 1514 08-15-2006 1514
    3-M    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-15-2006 0658 08-15-2006 1514
    MAR    TRANSFER   TRANSFER                    08-15-2006 0558 08-15-2006 0558
    MAR    A-DES      DESIGNATED, AT ASSIGNED FACIL 11-17-2005 1730 08-15-2006 0558
    MAR    ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP 11-17-2005 1516 11-17-2005 1730
    MAR    A-DES      DESIGNATED, AT ASSIGNED FACIL 05-23-2005 1440 11-17-2005 1516
    A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 05-23-2005 1540 05-23-2005 1540
    A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-23-2005 1000 05-23-2005 1540
    OKL    HLD REMOVE HOLDOVER REMOVED           05-23-2005 0900 05-23-2005 0900
    OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 05-18-2005 1650 05-23-2005 0900
    A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 05-18-2005 1750 05-18-2005 1750
    A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-18-2005 0950 05-18-2005 1750
    THP    TRANSFER   TRANSFER                    05-18-2005 0850 05-18-2005 0850
    THP    A-DES      DESIGNATED, AT ASSIGNED FACIL 04-28-2005 1248 05-18-2005 0850
    THP    ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP 04-28-2005 0940 04-28-2005 1248
    THP    A-DES      DESIGNATED, AT ASSIGNED FACIL 04-04-2005 0929 04-28-2005 0940
    5-A    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-04-2005 1029 04-04-2005 1029
    5-A    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-04-2005 1000 04-04-2005 1029
    THA    TRANSFER   TRANSFER                    04-04-2005 0900 04-04-2005 0900
    THA    A-DES      DESIGNATED, AT ASSIGNED FACIL 01-15-2004 1323 04-04-2005 0900




    G0002      MORE PAGES TO FOLLOW . . .
```

```
BOPOI           *         PUBLIC INFORMATION       *    02-20-2008
PAGE 002        *            INMATE DATA           *    05:48:18
                         AS OF 02-20-2008

REGNO..: 10826-007 NAME: DAWSON, JOHNNY F


                RESP OF: THP / PAROLE FROM PAR COM OR CT
                PHONE..: 812-244-4400    FAX: 812-244-4791
THA   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  01-15-2004 1116 01-15-2004 1323
THA   A-DES      DESIGNATED, AT ASSIGNED FACIL  11-05-2003 1149 01-15-2004 1116
A02   RELEASE    RELEASED FROM IN-TRANSIT FACL  11-05-2003 1149 11-05-2003 1149
A02   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-05-2003 0900 11-05-2003 1149
OKL   HLD REMOVE HOLDOVER REMOVED               11-05-2003 0800 11-05-2003 0800
OKL   A-BOP HLD  HOLDOVER FOR INST TO INST TRF  10-27-2003 1805 11-05-2003 0800
A01   RELEASE    RELEASED FROM IN-TRANSIT FACL  10-27-2003 1905 10-27-2003 1905
A01   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-27-2003 1557 10-27-2003 1905
ATL   HLD REMOVE HOLDOVER REMOVED               10-27-2003 1557 10-27-2003 1557
ATL   A-BOP HLD  HOLDOVER FOR INST TO INST TRF  10-14-2003 1756 10-27-2003 1557
B09   RELEASE    RELEASED FROM IN-TRANSIT FACL  10-14-2003 1756 10-14-2003 1756
B09   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-14-2003 0445 10-14-2003 1756
PEM   TRANSFER   TRANSFER                       10-14-2003 0445 10-14-2003 0445
PEM   A-DES      DESIGNATED, AT ASSIGNED FACIL  08-25-2003 1401 10-14-2003 0445
PEM   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  08-25-2003 1210 08-25-2003 1401
PEM   A-DES      DESIGNATED, AT ASSIGNED FACIL  04-29-2003 1445 08-25-2003 1210
B09   RELEASE    RELEASED FROM IN-TRANSIT FACL  04-29-2003 1445 04-29-2003 1445
B09   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-29-2003 1152 04-29-2003 1445
BUH   TRANSFER   TRANSFER                       04-29-2003 1152 04-29-2003 1152
BUH   A-DES      DESIGNATED, AT ASSIGNED FACIL  04-29-2003 1150 04-29-2003 1152
B09   RELEASE    RELEASED FROM IN-TRANSIT FACL  04-29-2003 1150 04-29-2003 1150
B09   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-29-2003 1122 04-29-2003 1150
BUF   HLD REMOVE HOLDOVER REMOVED               04-29-2003 1122 04-29-2003 1122
BUF   A-BOP HLD  HOLDOVER FOR INST TO INST TRF  03-21-2003 1450 04-29-2003 1122
6-N   RELEASE    RELEASED FROM IN-TRANSIT FACL  03-21-2003 1450 03-21-2003 1450
6-N   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-21-2003 1424 03-21-2003 1450
BUH   TRANS SEG  TRANSFER-SEGREGATION           03-21-2003 1424 04-29-2003 1150
BUH   A-DES      DESIGNATED, AT ASSIGNED FACIL  03-17-2003 1013 03-21-2003 1424
BUH   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  03-17-2003 0734 03-17-2003 1013
BUH   A-DES      DESIGNATED, AT ASSIGNED FACIL  10-16-2001 1123 03-17-2003 0734
BUH   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  10-16-2001 0917 10-16-2001 1123
BUH   A-DES      DESIGNATED, AT ASSIGNED FACIL  07-19-2001 1730 10-16-2001 0917
BUH   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  07-19-2001 1427 07-19-2001 1730
BUH   A-DES      DESIGNATED, AT ASSIGNED FACIL  05-31-2001 1649 07-19-2001 1427
BUH   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  05-31-2001 1220 05-31-2001 1649
BUH   A-DES      DESIGNATED, AT ASSIGNED FACIL  05-21-2001 1058 05-31-2001 1220
BUH   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  05-21-2001 0811 05-21-2001 1058
BUH   A-DES      DESIGNATED, AT ASSIGNED FACIL  04-16-2001 1116 05-21-2001 0811




G0002        MORE PAGES TO FOLLOW . . .
```

```
   BOPOI              *         PUBLIC INFORMATION         *     02-20-2008
   PAGE 003           *             INMATE DATA            *     05:48:18
                              AS OF 02-08-2008

REGNO..: 10826-007 NAME: DAWSON, JOHNNY F


                   RESP OF: THP / PAROLE FROM PAR COM OR CT
                   PHONE..: 812-244-4400    FAX: 812-244-4791
PRE-RELEASE PREPARATION DATE: 08-08-2007


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  02-08-2008 VIA PAROLE


------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F5602-86B
JUDGE...........................: KING
DATE SENTENCED/PROBATION IMPOSED: 06-29-1987
DATE WARRANT ISSUED.............: 05-11-1998
DATE WARRANT EXECUTED...........: 05-18-1998
DATE COMMITTED..................: 03-14-2001
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:



RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 620
OFF/CHG: UCSA, DIST OF DILAUDID DCDC 33-541

 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    12 YEARS
 NEW SENTENCE IMPOSED...........: 3275 DAYS
 BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE................: 07-11-1986


------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F3399-98H
JUDGE...........................: DORSEY
DATE SENTENCED/PROBATION IMPOSED: 03-25-1999
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 03-14-2001
HOW COMMITTED...................: DC SUPERIOR COURT COMT
```

```
G0002        MORE PAGES TO FOLLOW . . .




 BOPOI           *           PUBLIC INFORMATION           *     02-20-2008
PAGE 004         *              INMATE DATA               *     05:48:18
                            AS OF 02-08-2008

REGNO..: 10826-007 NAME: DAWSON, JOHNNY F


              RESP OF: THP / PAROLE FROM PAR COM OR CT
              PHONE..: 812-244-4400   FAX: 812-244-4791
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

              FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $00.00        $00.00         $00.00        $100.00


RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

--------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  602
OFF/CHG: 22-502;ASSAULT WITH A DANGEROUS WEAPON SHODFOOT.

 SENTENCE PROCEDURE.............: DC OMNIBUS ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     6 YEARS
 MINIMUM TERM...................:     2 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO PV TERM
 DATE OF OFFENSE................: 05-08-1998

--------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-26-2007 AT DSC MANUALLY
COMPUTATION CERTIFIED ON 10-26-2007 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010, 020 010
```

```
G0002      MORE PAGES TO FOLLOW . . .




  BOPOI          *         PUBLIC INFORMATION        *    02-20-2008
PAGE 005 OF 005 *             INMATE DATA            *    05:48:18
                            AS OF 02-08-2008

REGNO..: 10826-007 NAME: DAWSON, JOHNNY F

                  RESP OF: THP / PAROLE FROM PAR COM OR CT
                  PHONE..: 812-244-4400    FAX: 812-244-4791
DATE COMPUTATION BEGAN..........: 05-18-1998
COMBINED SENTENCE PROCEDURE.....: DC OLD/OMNIBUS ADULT COMBINED SENTENCE
CONTROLLING SENTENCE............: DC GTCA/OMNIBUS
TOTAL TERM IN EFFECT............:    6 YEARS    3275 DAYS
TOTAL TERM IN EFFECT CONVERTED..:   14 YEARS      11 MONTHS     18 DAYS
AGGREGATED MINIMUM TERM.........:    2 YEARS
EARLIEST DATE OF OFFENSE........: 07-11-1986

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    05-09-1998   05-17-1998

TOTAL JAIL CREDIT TIME..........: 9
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 860
PAROLE ELIGIBILITY..............: 02-28-2001
STATUTORY RELEASE DATE..........: 12-03-2010
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 12-18-2010

PAROLE EFFECTIVE................: 02-08-2008
PAROLE EFF VERIFICATION DATE....: 10-25-2007
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 02-08-2008
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: THP
ACTUAL SATISFACTION KEYED BY....: SRM

DAYS REMAINING..................: 1044
FINAL PUBLIC LAW DAYS...........: 0
```

```
S0039     ALL CURRENT COMPS ARE SATISFIED
```