UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHNNY DAWSON, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 07-696   (PLF) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) ) | |

ORDER

On April 17, 2007, plaintiff, a prisoner proceeding *pro se* and *in forma pauperis*, filed a petition for a writ of mandamus seeking to compel the Bureau of Prisons to render certain medical care allegedly withheld.  The Court ordered the government to respond to that petition.  The government responded on January 18, 2008.  See Respondent's Response to the Court's November 2, 2007 Order to Show Cause.  In that response, the government set forth its reasons why this Court should deny the petition on the merits.  The government also noted that petitioner was scheduled to be released from prison on February 8, 2008.  On February 19, 2008, this Court issued a minute order instructing the government to inform the Court as to whether petitioner had been released as planned.  The government responded on February 29, 2008, informing the Court that petitioner had been released, and attaching an inmate data record as confirmation.

As petitioner is no longer in the custody of the Bureau of Prisons, his petition for a writ of mandamus compelling the government to provide medical care is moot.  Accordingly, it is hereby

ORDERED that the Petition for Writ of Mandamus [1] is DENIED as moot; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove this case from the docket of the Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  March 5, 2008