



Johnny Dawson #10826-007
Terre Haute United States Penitentiary
P. O. Box 12015
Terre Haute, IN 47801



DCD_ECFNotice@dcd.uscourts.gov
03/05/2008 04:50 PM

To  DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:07-cv-00696-PLF DAWSON v. UNITED STATES OF AMERICA Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 3/5/2008 at 4:50 PM EDT and filed on 3/5/2008
**Case Name:**          DAWSON v. UNITED STATES OF AMERICA
**Case Number:**       1:07-cv-696
**Filer:**
**Document Number:**   12

Docket Text:
**ORDER denying as moot petition for writ of mandamus. Signed by Judge Paul L. Friedman on march 5, 2008. (MA)**


**1:07-cv-696 Notice has been electronically mailed to:**

Christopher Blake Harwood   christopher.harwood@usdoj.gov, richard.simmons2@usdoj.gov

**1:07-cv-696 Notice will be delivered by other means to::**

JOHNNY DAWSON
R10826-007
TERRE HAUTE UNITED STATES PENITENTIARY
P.O. Box 12015
Terre Haute, IN 47801

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\ECF\07-696.dawson.moot.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=3/5/2008] [FileNumber=1719257-0]
[42130fec473a1e092717ca17d58468b3cf554608e89e9db503b218722e9398e71957c
3b2e03ef934ed85d8fdf1a392484d00296608c682be7eecd50989704c52]]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| JOHNNY DAWSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-696  (PLF) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

ORDER

On April 17, 2007, plaintiff, a prisoner proceeding *pro se* and *in forma pauperis*, filed a petition for a writ of mandamus seeking to compel the Bureau of Prisons to render certain medical care allegedly withheld. The Court ordered the government to respond to that petition. The government responded on January 18, 2008. See Respondent's Response to the Court's November 2, 2007 Order to Show Cause. In that response, the government set forth its reasons why this Court should deny the petition on the merits. The government also noted that petitioner was scheduled to be released from prison on February 8, 2008. On February 19, 2008, this Court issued a minute order instructing the government to inform the Court as to whether petitioner had been released as planned. The government responded on February 29, 2008, informing the Court that petitioner had been released, and attaching an inmate data record as confirmation.

As petitioner is no longer in the custody of the Bureau of Prisons, his petition for a writ of mandamus compelling the government to provide medical care is moot. Accordingly, it is hereby

ORDERED that the Petition for Writ of Mandamus [1] is DENIED as moot; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 5, 2008